# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

### May 14, 1997

| | | |
|---|---|---|
| 18339 | Azabu USA Corp. v. Leong | Affirmed |
| 19033 | Leong v. Azabu USA Corp. | Affirmed |

### May 19, 1997

| | | |
|---|---|---|
| 19092 | O'Connor v. Hartford Underwriters Ins. Co./Pacific Ins. Co., Ltd. | Vacated |

### May 20, 1997

| | | |
|---|---|---|
| 19366 | Fukuhara v. Dames and Moore | Affirmed |

### May 21, 1997

| | | |
|---|---|---|
| 19500 | State v. Kaai | Affirmed in part, Vacated in part |

### May 28, 1997

| | | |
|---|---|---|
| 19251 | State v. Matias | Vacated |
| 19191 | State v. Silva | Vacated |
| 18713 | Survivors of Rotalia Tatum v. Oroweat Foods Co. | Affirmed |
| 18524 | Valdez v. Royal Islander Club and Hotel | Affirmed |

### June 6, 1997

| | | |
|---|---|---|
| 19114 | Nam v. Yoshida | Affirmed |